UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                                    Case No. 11-20050

v.                                                    Honorable Nancy G. Edmunds

ROBERT WOODS,

        Defendant.

_____/

**ORDER DENYING DEFENDANT'S MOTION FOR
EARLY TERMINATION OF SUPERVISED RELEASE [63]**

On November 30, 2011, Defendant Robert Woods pled guilty to three counts of receipt of child pornography in violation of 18 U.S.C. § 2252A(a)(2) and one count of possession of child pornography in violation of 18 U.S.C. § 2252A(a)(5)(B). (ECF No. 25.) On April 10, 2012, Defendant was sentenced to a term of 90 months of imprisonment on each count, to be served concurrently, followed by a term of 10 years of supervised release on each count, also to be served concurrently. (ECF No. 33.) Defendant was released from BOP custody on January 28, 2019. Defendant first sought early termination of supervised release on February 6, 2023. (ECF No. 61.) In doing so, he cited his work history and efforts towards rehabilitation and the lack of any additional criminal conduct or interaction with law enforcement. After noting in part that Defendant committed very serious offenses and had served less than half of his term of supervised release, the Court denied that request. (ECF No. 62.) Defendant now seeks early termination of supervised release once again. (ECF No. 63.) But Defendant has not identified any new circumstances since his last request and has submitted the same letters of support considered by the Court previously. The slightly over a year that has passed is not

1

sufficient to lead to a different weighing of the relevant factors. For these reasons and the reasons set forth in the Court's previous order, Defendant's motion for early termination of supervised release is DENIED.

    SO ORDERED.

                           s/Nancy G. Edmunds
                           Nancy G. Edmunds
                           United States District Judge

Dated: April 2, 2024

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 2, 2024, by electronic and/or ordinary mail.

                           s/Holly A. Ryan
                           Case Manager